**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 1:03CR00053 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **DEBORAH LYNN STEVENSON**, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's "Motion under Title 18 U.S.C. § 3582(b) for Reduction of Sentence" (ECF No. 54) is construed as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255, and is DENIED without prejudice as successive. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: February 24, 2011

/s/ JAMES P. JONES
United States District Judge